**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Sarah Kiddy, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-00259 |
| | ) | |
| vs. | ) | Judge Michael R. Barrett |
| | ) | |
| Federal Home Loan Bank of Cincinnati, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to notification by Plaintiff's counsel on December 20, 2021 that this matter is settled;

It is **ORDERED** that this civil action is **DISMISSED** with prejudice, provided that either party may, upon good cause shown, reopen it **no later than February 3, 2022**.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court